Date: 03/18/10

Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 110 Dated 03/18/10

Case Number 07-31654 - OBERG, MARITES G

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410<br>FINAL DISTRIBUTION<br>7297 | 000003 | 155.40 | 4.77 |
| ---------- Remittance Total ---------- | | 155.40 | 4.77 |

*[signature]*

John A. Hedback, Trustee

RECEIVED
10 MAR 19 AM 10:50
U.S. BANKRUPTCY COURT
ST. PAUL, MN

#1927

COURT1

Printed: 03/18/10 10:53 AM   Ver: 15.06b